IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**MICHAEL M. NGRIME,**

         Plaintiff,

vs.

**MOSAIC,**

         Defendant.

8:13CV194

**AMENDED ORDER SETTING SCHEDULE FOR PROGRESSION OF CASE**

This matter is before the Court on the Motion for Extension of Time (Filing No. 23 and the Response regarding Motion to Extend (Filing No. 24):

**IT IS ORDERED:**

1. Deposition and discovery deadline. All depositions, whether or not they are intended to be used at trial, shall be completed by **July 7, 2014**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served on or before **April 11, 2014**.

2. Motions to compel discovery shall be filed on or before **July 7, 2014**. The parties must comply with the provisions of NECivR 7.1 before filing a motion to compel.

3. Dispositive Motions. All dispositive motions shall be filed on or before **August 7, 2014**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

4. Pretrial Conference.
    a. Defense counsel will have the primary responsibility for drafting the Order on Final Pretrial Conference, pursuant to the format and requirements set out in NECivR 16.2(a)(2). The plaintiff will be

responsible for cooperating in the preparation and signing of the final version of the Order. The Order should be submitted to the plaintiff and to any other parties by **October 9, 2014**. The plaintiff shall provide additions and/or proposed deletions to Defense counsel by **October 23, 2014**. Defense counsel shall submit the Proposed Order on Final Pretrial Conference to the court by no later than **October 31, 2014**. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. The Proposed Order on Final Pretrial Conference must be signed by all pro se parties and by counsel for all represented parties.

     b. The Final Pretrial Conference will be held before the magistrate judge on **November 7, 2014, at 10:00 a.m. in Courtroom 7, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

5. Trial is set to commence, at the court's call, during the week of **November 17, 2014 in Omaha**, Nebraska, before the Honorable Lyle E. Strom and a jury.

Dated this 30th day of May, 2014.

                         BY THE COURT:

                         s/ Lyle E. Strom
                         United States District Judge