IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL NGRIME, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV194 |
| | ) | |
| v. | ) | |
| | ) | |
| MOSAIC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiff's motion to compel (Filing No. 27) and motion for a hearing (Filing No. 30). The defendant, Mosaic, once employed the plaintiff, Michael M. Ngrime ("Ngrime"), as a care giver for Mosaic's disabled clients. On May 17, 2012, Mosaic terminated Ngrime after an undisclosed source accused Ngrime of physically abusing a client (Filing No. 1, at 1). Ngrime has since filed a claim against Mosaic for discrimination on the basis of his race and national origin. Ngrime is appearing *pro se* and is experiencing discovery disputes with Mosaic.

The briefs, evidence, and motions illustrate that Ngrime has not complied with Local Rule 7.1. Local Rule 7.1(i) reads as follows:

> [T]his court only considers a
> discovery motion in which the
> moving party, in the written
> motion, shows that after personal
> consultation with opposing parties

>  and sincere attempts to resolve differences, the parties cannot reach an accord. This showing must also state the date, time, and place of the communications and the names of all participating persons. "Personal consultation" means person-to-person conversation, either in person or on the telephone. An exchange of letters, faxes, voice mail messages, or emails is also personal consultation for purposes of this rule upon a showing that person-to-person conversation was attempted by the moving party and thwarted by the nonmoving party.

Neb. Civ. R. 7.1. Ngrime has not provided such information and the Court will deny the motions. The Court encourages Ngrime to attempt to reach a resolution with the defendants.

IT IS ORDERED:

1) Plaintiff's motion to compel and motion for a hearing are denied without prejudice.

2) Defendant's request for attorney fees (Filing No. 34) is denied.

DATED this 8th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court