IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

MICHAEL NGRIME,          )
                         )
          Plaintiff,    )      8:13CV194
                         )
     v.               )
                         )
MOSAIC,               )          ORDER
                         )
          Defendant.    )
_____)

This matter is before the Court after noting that it denied defendant's motion for summary judgment (Filing No. 41) prior to the time plaintiff had to respond.  Plaintiff filed a timely objection and a brief.  Accordingly,

IT IS ORDERED:

1) The memorandum opinion (Filing No. 44) and the order and judgment (Filing No. 45) are set aside.

2) Defendant's motion for summary judgment (Filing No. 41) is reinstated.

3) Defendant shall have until September 19, 2014, to filed a response to plaintiff's opposition brief.

DATED this 5th day of September, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court